IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN SANTA | : | CIVIL ACTION |
| v. | : | |
| HOMER BROOKS, et al. | : | NO. 13-5579 |

### O R D E R

AND NOW, this 14th day of November, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Juan Santa, #664968, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $7.05 is assessed. The Warden or other appropriate official at the Philadelphia Industrial Correctional Center or at any other prison at which plaintiff may be incarcerated is directed to deduct $7.05 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-5579. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Philadelphia Industrial Correctional Center or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money

credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-5579.

3. Plaintiff's Complaint is DISMISSED for the reasons discussed in the Court's Memorandum.

4. The Clerk of Court is directed to send a copy of this order to the Warden of the Philadelphia Industrial Correctional Center.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.